UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

RECEIVED
CLERK'S OFFICE
2014 JAN 30  12:28 PM
U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

| | | |
|---|---|---|
| Earl A. Bryant | vs. | Bank of America, et al |
| 611 Lokchapee Drive | | Brian Moynihan |
| Macon, GA  31210 | | 214 N. Tryon Street |
| | | Charlotte, NC  28255 |
| Defendant | | Plaintiff |

5 : 14-CV-042

### AFFIDAVIT FOR DAMAGES

Defendant Bryant makes countersuit claims of $350,000.00, plus damages against Bank of America, et al to recover financial assets and to stop further diminishment of financial assets resulting from Bank of America, et al breach of fiduciary duty, moral hazard, fraud, conspiracy and institutional theft of Defendant's assets since 2003.

_Earl A. Bryant_
Earl A. Bryant
Pro Se Defendant
January 29, 2014

GAM5000 13329
$400.